## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

MARISA ZUNIGA, individually and on
behalf of all others similarly situated,

        Plaintiff(s),

vs.　　　　　　　　　　　　　　　　　　Cause No. 2:18-cv-00683-KG/KRS
　　　　　　　　　　　　　　　　　　　　CLASS ACTION
TRUEACCORD,

        Defendant.

## ORDER EXTENDING DISCOVERY DEADLINE TO COMPLETE DEPOSITION OF PLAINTIFF

THIS MATTER having come before the Court on the stipulation of the parties to extend the discovery deadline to compete the deposition of Plaintiff, and the Court having considered the request therein and being otherwise fully advised GRANTS the Motion.

It is therefore ORDERED that the discovery deadline is extended until May 15, 2019 to give the parties adequate time to complete the deposition of Plaintiff Marisa Zuniga given that Ms. Zuniga is not able to appear for her deposition previously scheduled on April 17, 2019. This extension will not affect the remaining pre-trial deadlines.

_____
The Honorable Kevin R. Sweazea
United States Magistrate Judge